## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **AAMCO TRANSMISSIONS, LLC** | : | |
| *f/k/a* **AAMCO TRANSMISSIONS, INC.,** | : | **CIVIL ACTION** |
| *Petitioner* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **OTTO ECHEVERRI** *et al.*, | : | **NO. 20-5637** |
| *Respondents* | : | |

## O R D E R

**AND NOW**, this 22nd day of March, 2021, upon consideration of the Petition to Confirm the Arbitration Award (Doc. No. 1), Petitioner's Motion for Default Judgment (Doc. No. 8), and Respondents' failure to contest the Motion, it is hereby **ORDERED** that:

1. The Petition to Confirm the Arbitration Award (Doc. No. 1) is **GRANTED**. The final arbitration award entered by the arbitrator on July 14, 2020 in the action styled *AAMCO Transmissions, LLC f/k/a AAMCO Transmissions, Inc. v. Otto Echeverri and Mitchell Echeverri, Ref. No. 1450006431* is **CONFIRMED** in all respects.

2. The Motion for Default Judgment (Doc. No. 8) is **GRANTED**.

3. The Clerk of Court shall **ENTER** judgment in favor of AAMCO Transmissions, LLC and against Otto Echeverri and Mitchell Echeverri, jointly and severally, in the amount of $122,744.14.[1] The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] This final award figure is inclusive of attorneys' fees and costs and reimbursement of administrative fees and arbitrator compensation. Doc. No. 1 at 50-51.

1